UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DANE S. FIELD,<br><br>              Plaintiff,<br><br>    vs.<br><br>PNC BANK, N.A., MICHAEL ALDEN SMITH, FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>              Defendants. | CIV. NO. 19-00573 LEK-KJM |

**ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO**
**<u>WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL</u>**

On October 23, 2019, United States Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Withdraw Reference to Schedule Jury Trial ("Recommendation"), in which he recommended that the district court withdraw the reference for this adversary proceeding for the limited purposes of opening a civil case and setting a date for a jury trial. [Dkt. no. 1-2.] Judge Faris also recommended that the district court leave the proceeding in the bankruptcy court for all other purposes until ninety days prior to the trial date to facilitate the prompt resolution of this matter and to allow the bankruptcy court to set meaningful deadlines for the completion of all pretrial matters. [<u>Id.</u> at 3.]

Having considered Judge Faris's Recommendation and good cause appearing therefore, this Court HEREBY WITHDRAWS the reference as detailed above.  A Scheduling Conference to set a trial date and deadlines for trial-related submissions shall be held before United States Magistrate Judge Kenneth J. Mansfield on **Thursday, November 14, 2019, at 9:45 a.m.**  Judge Faris shall retain jurisdiction over the adversary proceeding for all other purposes until ninety days prior to the trial date to facilitate the prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI`I, November 8, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**DANE S. FIELD VS. PNC BANK, NA., ET AL; CV 19-00573 LEK-KJM; ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL**